871 A.2d 790

Melvin X. LINDSAY, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE
and Pennsylvania Department of Corrections, Appellees.

No. 39 EAP 2003.

Supreme Court of Pennsylvania.

March 30, 2005.

## ORDER

PER CURIAM.

**AND NOW,** this 30th day of March, 2005, the above captioned appeal is quashed for failure to file a brief.